UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>            Plaintiff,<br><br>     v.<br><br>ARANDA, *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-00212-CDB (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO EXTEND *NUNC PRO TUNC* TIME TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 13) |

On February 16, 2024, Plaintiff Julian J. Alexander ("Plaintiff") initiated this action with the filing of a complaint against Defendants Aranda, Ortega, and Guerro ("Defendants"). (Doc. 1). On March 26, 2024, the Court screened Plaintiff's complaint and found it stated a cognizable claim for Eighth Amendment deliberate indifference to serious medical needs and negligence against all Defendant and directed service of the complaint. (Doc. 8). Defendants filed a notice of intent to waive service on April 30, 2024. (Doc. 10).

On July 1, 2024 – the date Defendants' response to Plaintiff's complaint was due – Defendants filed a motion for 21-day extension of time to file a responsive pleading. (Doc. 13).

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). Instead, counsel are directed to "seek to obtain a necessary extension from the Court … as soon as the need for an extension becomes apparent." *Id.*

While the Court finds good cause to grant the Defendants' request, here, given counsel for Defendants' proffered bases for the extension – that counsel's investigation is incomplete – it should have become apparent to Defendants that they required an extension of time to file a

responsive pleading well before their response was due.  The Court disfavors granting relief *nunc pro tunc* and admonishes Defendants to exercise better care and to adhere to this Court's Local Rules in all future filings.

    Accordingly, it is HEREBY ORDERED, Defendants shall have until **July 22, 2024**, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **July 3, 2024**

UNITED STATES MAGISTRATE JUDGE