UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARANDA, *et al*.<br><br>　　　　　Defendants. | Case No. 1:24-cv-00212-CDB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES OF FILINGS<br><br>(Doc. 24) |

**Background**

Plaintiff Julian J. Alexander ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Docs. 1, 2, 6). On July 19, 2024, Defendants Aranda, Guerro, and Ortega ("Defendants") filed a motion to dismiss Plaintiff's state law claims. (Doc. 15). On August 12, 2024, the Court issued an order setting a settlement conference in this action and held its review of Defendants' motion in abeyance but did not otherwise relieve Plaintiff of his obligation to comply with this Court's local rules governing the filing of a motion response. (Doc. 16). Plaintiff did not timely respond to the Defendants' partial motion to dismiss.

On August 14, 2024, the Court issued an order to show cause in writing why this action should not be dismissed for Plaintiff's failure to timely respond to Defendants' motion for partial dismissal. (Doc. 18) (citing Local Rule 203(1)). On September 10, 2024, Plaintiff filed a

response to the Court's August 14, 2024, order to show cause, a document titled "Plaintiff's opposition to defendants partial motion to dismiss and request for a continuance," and a document titled "plaintiffs letter to the court."  (Docs. 19-20, 22).  On September 17, 2024, the Court issued an order discharging the Court's August 14, 2024, order to show cause and granting Plaintiff's request for an extension of time to respond to Defendants' motion to dismiss.  (Doc. 23).

**Plaintiff's Pending Request**

On September 30, 2024, Plaintiff filed a "Letter to Court requesting the (re)production of Defendants' motion to dismiss."  (Doc. 24).  In his filing, Plaintiff claims his documents were "stolen" by a "fellow litigator."  *Id*.   Plaintiff asserts the unknown person "tried to charge/extort me for my own documents back."  Plaintiff chose not pay for the return of his documents, and as a result, Plaintiff requests copies of his missing documents – specifically, the order and writ for Plaintiff's appearance to appear at a forthcoming settlement conference and Defendants' pending motion to dismiss.  *Id*.  Plaintiff asserts he will be "more careful in the future."

Based on Plaintiff's representations, the Clerk of the Court will be directed to provide Plaintiff with copies of the aforementioned, previously served documents as a ***one-time courtesy***.

**Conclusion and Order**

Accordingly, in light of Plaintiff's representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's request for a courtesy copies of certain filings (Doc. 24) is GRANTED;
2. The Clerk of the Court is DIRECTED to send Plaintiff copies of the Court's order setting settlement conference and writ (Docs. 16, 17 & 21), and of Defendants' motion to dismiss and the attached documents (Doc. 15); and
3. The deadline for Plaintiff to respond to Defendants' motion to dismiss (Doc. 23) is extended to **October 15, 2024**.

IT IS SO ORDERED.

Dated:   **October 1, 2024**  _____
UNITED STATES MAGISTRATE JUDGE